IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEITH L'SHAWN SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-233-R ) |
| OKLAHOMA CITY POLICE DEPARTMENT, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of U.S. Magistrate Charles B. Goodwin recommending that the Court dismiss Plaintiff's pro se complaint under 42 U.S.C. § 1983. Doc. 18. The Court referred the matter to Judge Goodwin for review consistent with 28 U.S.C. §§ 636(b)(1)(B) and (C). Doc. 5. Judge Goodwin now recommends dismissal without prejudice of Plaintiff's complaint because the Oklahoma City Police Department is not a suable entity. Doc. 18. The record reflects that neither party has filed an objection to the Report and Recommendation or motion for additional time in which to object, and the time for such objections has run. Accordingly, the Report (Doc. 18) is ADOPTED and Plaintiff's complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of July 2018.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE